# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00106-CV

**David Henric, Cecilia Walters, and Wilton Cox, Appellants**

**v.**

**Branden Glover and Cavalry Solar Solutions, LLC d/b/a Apollo Energy, Appellees**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D–1–GN–22–005581, THE HONORABLE JESSICA MANGRUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants David Henric, Cecilia Walters, and Wilton Cox have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Jones[*]

Dismissed on Appellants' Motion

Filed: April 21, 2023

[*]Before J. Woodfin Jones, Chief Justice (Retired), Third Court of Appeals, sitting by assignment. *See* Tex. Gov't Code § 74.003(b).